**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AYANGATA UMENJOH BECKY<br><br>                                          Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>                                          Respondents. | Case No.:  26-cv-3120-BJC-AHG<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS** |

On May 19, 2026, Petitioner Ayangata Umenjoh Becky, a citizen of Cameroon filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting her continued detention exceeds statutory authority and violates the due process clause of the United States Constitution.  ECF No. 1. Petitioner requests that this Court assume jurisdiction over the matter, grant the Petition and order Respondents to release Petitioner immediately or schedule a bond hearing before an immigration judge.  ECF No. 1 at 11, 16.

Petitioner entered the United States on April 10, 2025, was detained by Respondents, and remains detained at the Otay Mesa Detention Center.  This Court set a briefing schedule and issued a limited stay.  ECF No. 2.  Respondents filed a Return to the petition on May 26, 2026 in which Respondents claim that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b), but "acknowledge[] that courts in this District have

repeatedly inferred a constitutional right against prolonged mandatory detention" and concede that "this Court should order that Petitioner receive a bond hearing." ECF No. 4 at 1.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than June 12, 2026**, and cannot deny bond at the hearing based on § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  May 27, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3120-BJC-AHG